**1404** CUMMING TOWNSHIP vs. OGEMAW COUNTY, 93 M., 314. (Error to Ogemaw.)

Assumpsit to recover an amount claimed to be due the township.

Held, that assumpsit and not mandamus is the proper remedy, where no account between the county and the township has been stated and no settlement has been made showing the state of said account.

**1405** TALBOT ET AL. vs. MAYOR AND COMMON COUNCIL (Bay City), 71 M., 118.

To compel payment of interest on paving orders, payable out of a particular fund, the principal of which has been paid and accepted and which contained no promise to pay interest.

Denied July 10, 1888.

**1406** MICHIGAN PAVING CO. vs. COMMON COUNCIL (Detroit), 34 M., 201.

To compel a city to pay an unliquidated demand.
Denied June 6, 1876.

**1407** PETERSON vs. MANISTEE, 36 M., 8.

Assumpsit will not lie against a city upon city orders, where the charter provides that no money shall be drawn from the city treasury unless it shall have been previously appropriated to the purpose for which it shall be drawn, and requires all orders to specify the object and purposes of such payments. The remedy for the improper refusal of payment upon orders properly drawn is mandamus.